FRED WHITAKER
872 69TH Ave
OAKLAND, 94621
510-569-1343

Clear Form

*[FILED stamp: MAR 26 AM 10:43, U.S. DISTRICT COURT]*

# E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FRED WHITAKER )
                              ) CASE NO. **CV 08 1618**
                Plaintiff,    )
                              )
  vs.                         ) APPLICATION TO PROCEED
SUPERIOR COURT of ALAMEDA     ) IN FORMA PAUPERIS
COUNTY & COUNTY & CITY OF     ) (Non-prisoner cases only)
SAN FRANCISCO                 )
                Defendant.    )

BZ

I, FRED A. WHITAKER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: LAST EMPLOYMENT 1994 APPROXIMATELY LEGAL AID 1900 DOLLARS NET PAY $750

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  N/A        children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?         Yes ___ No  X
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile? (DRIVE)    Yes ___ No  X
7  Make CHEVY        Year 1993    Model LUMINA
8  Is it financed? Yes ___ No  X   If so, Total due: $  NONE
9  Monthly Payment: $  NONE      (MOTHERS CAR)
10 7.   Do you have a bank account? Yes  X  No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank:  WASHINGTON MUTUAL
12 20TH ST E WEBSTER IN OAKLAND
13 Present balance(s): $  579.00
14 Do you own any cash? Yes  X  No ___ Amount: $ 30
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                   Yes ___ No  X
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 200                   Utilities: $ 120
20 Food: $ 230                   Clothing: $15
21 Charge Accounts: NONE    INSURANCE $00 MO.  GAS 100 MONTH
22 Name of Account      Monthly Payment          Total Owed on This Account
23 _____       $_____          $_____
24 _____       $_____          $_____
25 _____       $_____          $_____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)  NONE
28 _____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/26/08                          Fred A. Whitaker
DATE                             SIGNATURE OF APPLICANT

- 4 -