☐ **ORIGINAL**

FILED
APR 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A. WHITAKER,<br><br>    Plaintiff(s),<br><br>  v.<br><br>ALAMEDA COUNTY SUPERIOR COURT, et al.,<br><br>    Defendant(s). | No. C08-1618 BZ<br><br>**ORDER RE:** *In Forma Pauperis* **Application** |

Plaintiff seeks to proceed *in forma pauperis*, which requires him to provide proof of indigency pursuant to 28 U.S.C. § 1915(a). Plaintiff's application is missing Page 2 and therefore provides insufficient information to evaluate whether plaintiff qualifies for *in forma pauperis* status. Plaintiff is **ORDERED** to complete the attached application and file it by **April 30, 2008**.

Dated: April 4, 2008

                     /s/ Bernard Zimmerman
                     Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\-BZCASES\WHITAKER V. ALAMEDA CTY\IFP.REVISION.ORDERwpd.wpd

Copies Mailed to
Parties of Record

1

Clear Form

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
9

10                                          )
                                            )
                                            )
11              Plaintiff,                  )   CASE NO. _____
                                            )
12      vs.                                 )   **APPLICATION TO PROCEED**
                                            )   **IN FORMA PAUPERIS**
13                                          )   (Non-prisoner cases only)
                                            )
14              Defendant.                  )
        _____)
15

16      I, _____, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.   Are you presently employed?                    Yes ____ No ____

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: _____ Net: _____

26  Employer: _____

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7        a.    Business, Profession or            Yes ____ No ____
8              self employment?
9        b.    Income from stocks, bonds,         Yes ____ No ____
10             or royalties?
11       c.    Rent payments?                     Yes ____ No ____
12       d.    Pensions, annuities, or            Yes ____ No ____
13             life insurance payments?
14       e.    Federal or State welfare payments, Yes ____ No ____
15             Social Security or other govern-
16             ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                          Yes ____ No ____

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____    Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27       b.    List the persons other than your spouse who are dependent upon you for support

28             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.     Do you own or are you buying a home?         Yes ____ No ____

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.     Do you own an automobile?                    Yes ____ No ____

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.     Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ _____

14 Do you own any cash? Yes ____ No ____ Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                                      Yes ____ No ____

17 _____

18 8.     What are your monthly expenses?

19 Rent: $ _____ Utilities: _____

20 Food: $ _____ Clothing: _____

21 Charge Accounts:

22 <u>Name of Account</u>           <u>Monthly Payment</u>              <u>Total Owed on This Account</u>

23 _____    $ _____        $ _____

24 _____    $ _____        $ _____

25 _____    $ _____        $ _____

26 9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____            _____
         DATE                                    SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRED A WHITAKER,

        Plaintiff,

v.

ALAMEDA SUPERIOR COURT et al,

        Defendant.

Case Number: CV08-01618 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER RE: *IN FORMA PAUPERIS* APPLICATION**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred A. Whitaker
872 69th Ave
Oakland, CA 94621

Dated: April 4, 2008

                                  Richard W. Wieking, Clerk
                                  By: Rose Maher, Deputy Clerk