FRED A. WHITAKER
872 69TH Ave
OAKLAND 94621

ORIGINAL
FILED
APR 1 1 2008

Clear Form

1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11    FRED A. WHITAKER          Plaintiff,       CASE NO. C08-1618  BZ

12    vs.                                        **APPLICATION TO PROCEED**
                                                 **IN FORMA PAUPERIS**
13    ALAHEDA SUPERIOR COURT                     **(Non-prisoner cases only)**

14    ETC                       Defendant.

15

16         I, FRED A. WHITAKER, declare, under penalty of perjury that I am the plaintiff

17    in the above entitled case and that the information I offer throughout this application is true and

18    correct. I offer this application in support of my request to proceed without being required to

19    prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20    unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21         In support of this application, I provide the following information:

22    1.    Are you presently employed?                    Yes ____ No ✗

23    If your answer is "yes," state both your gross and net salary or wages per month, and give the

24    name and address of your employer:

25    Gross: _____ _____ Net: _____

26    Employer: LEGAL AID OF ALAMEDA   1995        APPROX.

27    $600  A  MONTH  GROSS  AND  NET  SALARY

28    If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                           Yes _____ No _____

8             self employment?

9      b.    Income from stocks, bonds,                   Yes _____ No _____

10            or royalties?

11     c.    Rent payments?                                    Yes _____ No _____

12     d.    Pensions, annuities, or                         Yes _____ No _____

13            life insurance payments?

14     e.    Federal or State welfare payments,       Yes _X_ No _____

15            Social Security or other govern-

16            ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _SSI   TOTAL  MONTHLY   BENEFITS  $870   4/3/08_

20  _____

21  3.    Are you married?                                    Yes _____ No _X_ .

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____   Net $_____

26  4.    a.    List amount you contribute to your spouse's support:$ ___N/A___

27        b.    List the persons other than your spouse who are dependent upon you for support

28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2  _____

3  _____

4  5.    Do you own or are you buying a home?         Yes ___ No _X_

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile? _I DRIVE MY MOTHER'S CAR_ Yes ___ No _X_

7  Make _CHEVY_    Year _1993_    Model _LUMINA_

8  Is it financed? Yes _____ No _X_ If so, Total due: $ _____

9  Monthly Payment: $ _NONE_

10  7.    Do you have a bank account?  Yes _X_ No ___ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _WASHINGTON MUTUAL_

12  _20TH E HARRISON    OAKLAND, CA._

13  Present balance(s):  $ _685_

14  Do you own any cash?  Yes _X_ No ___ Amount: $ _685_   (BEGINING OF MONTH DEPOSITED $370 CHECK)

15  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16  market value.)                            Yes ___ No ___

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ _290_              Utilities: _$100_

20  Food: $ _260_              Clothing: _$15_

21  Auto insur. & gas exp. $200   MIS. INSURANCE & MAGAZINES $55   Charge Accounts: °

22  Name of Account      Monthly Payment            Total Owed on This Account

23  _____  $ _____        $ _____

24  _____  $ _____        $ _____

25  _____  $ _____        $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)  _No_

28  _____

- 3 -

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

 4/7/2008                         Fred A. Whitaker

DATE                             SIGNATURE OF APPLICANT

- 4 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRED A WHITAKER,

Plaintiff,

v.

ALAMEDA SUPERIOR COURT et al,

Defendant.

_____/

Case Number: CV08-01618 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER RE: *IN FORMA PAUPERIS* APPLICATION**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred A. Whitaker
872 69th Ave
Oakland, CA 94621

Dated: April 4, 2008

Richard W. Wieking, Clerk
By: Rose Maher, Deputy Clerk