```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


FRED A. WHITAKER,             )
                              )
          Plaintiff(s),       )    No. C08-1618 BZ
                              )
     v.                       )
                              )    ORDER TO SHOW CAUSE
ALAMEDA COUNTY SUPERIOR       )
COURT, et al.,                )
                              )
          Defendant(s).       )
_____)
```

Plaintiff has filed a complaint which challenges the constitutionality of California's vexatious litigant statutes, Code of Civil Procedure § 391 et seq.  He also applied for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  That statute requires the court to dismiss an *in forma pauperis* complaint if it is frivolous or fails to state a claim upon which relief may be granted.  28 U.S.C. §1915(e)(2)(B).

After reviewing plaintiff's *in forma pauperis* application, I found that he qualifies financially and granted him *in forma pauperis* status.  However, it appears that plaintiff brought the same kind of challenge in 1991 against

1

1 | the same named defendant.  The trial court's dismissal was
2 | affirmed by the Ninth Circuit which sanctioned plaintiff for
3 | raising frivolous issues on appeal.
4 | <u>Whitaker v. Alameda County</u>, 972 F.2d 1348 (9th Cir. 1992).

5 |     It also appears that when plaintiff completed his *in forma pauperis* application he checked the "no" box in response to question 10 "Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?"

9 |     **IT IS THEREFORE ORDERED** that by **May 15, 2008** plaintiff shall show cause in writing why this case should not be dismissed as frivolous and why he should not be sanctioned pursuant to Rule 11 for filing a frivolous action and for incorrectly answering question no. 10 in the *In Forma Pauperis application.*

Dated:  April 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITAKER V. ALAMEDA CTY\ORDER.SHOW CAUSE.FINAL VERSION.wpd

2