UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A. WHITAKER,<br><br>         Plaintiff(s),<br><br>    v.<br><br>ALAMEDA COUNTY SUPERIOR<br>COURT, et al.,<br><br>         Defendant(s). | No. C08-1618 BZ<br><br>**ORDER DEFERRING DETERMINATION OF ORDER TO SHOW CAUSE** |

Having read plaintiff's opposition to the Order To Show Cause, the court defers the determination of whether this lawsuit should be dismissed until defendants have been served and appear. Because the court does not have ready access to the files of all of Mr. Whitaker's prior actions, it cannot readily determine whether plaintiff's challenges to the vexatious litigant status have already been decided.

Dated: May 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITAKER V. ALAMEDA CTY\ORDER DEFERRING DETERMINATION OF CASE.wpd

1