UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A WHITAKER,<br><br>          Plaintiff,<br><br>  v.<br><br>ALAMEDA SUPERIOR COURT et al,<br><br>          Defendant. | Case Number: CV08-01618 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 2, 2008, I SERVED a true and correct copy(ies) of the attached, **ORDER DEFERRING DETERMINATION OF ORDER TO SHOW CAUSE** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred A. Whitaker
872 69th Ave
Oakland, CA 94621

Dated: May 2, 2008

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk