AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of Calfornia

| | |
|---|---|
| FRED A WHITAKER <br> Plaintiff <br> v. <br> ALAMEDA COUNTY SUPERIOR COURT, et al., <br> Defendant | ) <br> ) <br> ) Civil Action No.   CV 08-1618-BZ <br> ) <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

"Pls. See Attachment for the Info."

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Fred A. Whitaker, Pro per
872 69th Avenue
Oakland, California 94621**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Richard W. Wieking*

Name of clerk of court

Thelma Nudo

Date: _____5/12/2008_____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: _____

                                                                             Server's signature

                                                                             Printed name and title

                                                                                 Server's address

**ATTACHMENT**

**TO: (Name & Address of Defendant(s))**

*Judge Northridge*
Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, California 94612

*Judge Roesch*
Superior Court of California, County of Alameda
201 Thirteenth Street
Oakland, California 94612

*Judge Morris*
Superior Court of California, County of Alameda
2120 Martin Luther King, Jr. Way
Berkeley, California 94704

*Judge Hernandez*
Superior Court of California, County of Alameda
39439 Paseo Padre Parkway
Fremont, California 94538

*Judge Ballati*
*Department 206*
Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, California 94102