```
                        FILED
                      JUN 17 2008
                   RICHARD W. WIEKING
                   CLERK, U.S. DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Whitaker,<br><br>        Plaintiff(s),<br><br>  v.<br><br>Alameda County Superior Court, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 08-1618 BZ<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6/10/08

                                                                                             Fred Whitaker
                                                                                             Signature

                                                                               Counsel for _____
                                                                               (Plaintiff, Defendant or indicate "pro se")

n:\forms\consent-decline.frm