1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
    455 Golden Gate Avenue, Suite 11000
4   San Francisco, CA 94102-3664
    Telephone: (415) 703-5506
5   Fax: (415) 703-5480
    Email: tom.blake@doj.ca.gov
6
   Attorneys for Defendants the Honorable David
7  Ballati; the Honorable Yolanda Northridge; the
   Honorable Frank Roesch; the Honorable Carl Morris;
8  the Honorable George C. Hernandez, Jr.; Superior
   Court of California, County of Alameda; Superior
9  Court of California, County of San Francisco.

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   | **FRED A. WHITAKER,**                               | CV08 1618 BZ                  |
13 |                                                     |                               |
   |                                        Plaintiff,   | **REQUEST FOR REASSIGNMENT**  |
14 |                                                     | **TO A UNITED STATES DISTRICT**|
   |            v.                                       | **JUDGE**                     |
15 |                                                     |                               |
   | **THE HONORABLE DAVID BALLATI;**                    |                               |
16 | **THE HONORABLE YOLANDA**                           |                               |
   | **NORTHRIDGE;   THE HONORABLE**                     |                               |
17 | **FRANK ROESCH;        THE**                        |                               |
   | **HONORABLE CARL MORRIS;     THE**                  |                               |
18 | **HONORABLE GEORGE C. HERNANDEZ,**                  |                               |
   | **JR.; SUPERIOR COURT OF CALIFORNIA,**              |                               |
19 | **COUNTY OF ALAMEDA; SUPERIOR**                     |                               |
   | **COURT OF CALIFORNIA, COUNTY OF**                  |                               |
20 | **SAN FRANCISCO,**                                  |                               |
   |                                                     |                               |
21 |                                       Defendants.   |                               |

22
        The defendants respectfully decline to consent to the assignment of this case to a United States
23
   Magistrate Judge for trial and disposition and respectfully request the reassignment of this case to
24

25

26

27

28

   Request for Reassignment to a U.S. District Judge                              -          CV08 1618 BZ
                                                   1

a United States District Judge.

Dated:    June 18, 2008

                    EDMUND G. BROWN JR.
                    Attorney General of the State of California

/s/

_____
Tom Blake
Deputy Attorney General

Attorneys for Defendants the Honorable David Ballati; the Honorable Yolanda Northridge; the Honorable Frank Roesch; the Honorable Carl Morris; the Honorable George C. Hernandez, Jr.; Superior Court of California, County of Alameda; Superior Court of California, County of San Francisco.

Request for Reassignment to a U.S. District Judge       -       CV08 1618 BZ