UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fred A. Whitaker,

   Plaintiff(s).         No. CV 08-1618 BZ

  v.               NOTICE OF IMPENDING
                    REASSIGNMENT TO A UNITED
                    <u>STATES DISTRICT COURT JUDGE</u>

Alameda County Superior Court, et al.

   Defendant(s).
_____/

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or,

  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  The Case Management Conference set for **July 7, 2008** at **4:00p.m.** is hereby **VACATED**.

Dated: 6/19/08

                         Richard W. Wieking, Clerk
                         United States District Court

                         By: - Deputy Clerk to
                         Magistrate Judge

reassign.DCT