USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:08-cv-01618-RJH    Document 29    Filed 06/30/2008    Page 1 of 4

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fred A. Whitaker | C-08-1618-BZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Alameda County Superior Court, et al. | Summons, Complaint & Orders |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Judge Morris, Superior Court of California, County of Alameda

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2120 Martin Luther King, Jr. Way, Berkeley, CA 94704

FILED
JUN 3 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Fred A. Whitaker, Pro per
872 69th Avenue
Oakland, California 94621
(510) 569-1343

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (415) 522-2067
DATE: 5/12/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 11 | No. 11 | R. | 5/27/08 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) ALA. CA SUPERIOR CT.
SONJA KILLINGSWORTH DIVISION SECRATARY CONFIDENTIAL

Address (complete only different than shown above)
1225 FALLON ST. 2ND FL. OAKLAND CA 94612
EXECUTIVE OFFICE

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 6-19-08  Time: 2:50 [X] pm

Signature of U.S. Marshal or Deputy
James W. Jensen

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $12.12 | 0 | $57.12 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

Northern District of Calfornia

| FRED A WHITAKER | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No.   CV 08-1618-BZ |
| ALAMEDA COUNTY SUPERIOR COURT, et al., | ) ) ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

   *"Pls. See Attachment for the Info."*

A lawsuit has been filed against you.

   Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Fred A. Whitaker, Pro per**
**872 69th Avenue**
**Oakland, California 94621**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Thelma Nudo
Deputy clerk's signature

Date: _____5/12/2008_____

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _6-19-08_  *ALA. CO. SUPERIOR CT.*,
by:

(1) personally delivering a copy of each to the individual at this place, _1225 FALLON ST 2ND FL_
_OAKLAND CA 94612. SONJA KILLINGSWORTH SEC. CONFIDENTIAL_ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_.

Date: _6-19-08_

*James D. Lenzen*
Server's signature

_JAMES D. LENZEN_
Printed name and title

_1301 CLAY ST OAKLAND CA._
Server's address

**ATTACHMENT**

**TO: (Name & Address of Defendant(s))**

*Judge Northridge*
Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, California 94612

*Judge Roesch*
Superior Court of California, County of Alameda
201 Thirteenth Street
Oakland, California 94612

*Judge Morris*
Superior Court of California, County of Alameda
2120 Martin Luther King, Jr. Way
Berkeley, California 94704

*Judge Hernandez*
Superior Court of California, County of Alameda
39439 Paseo Padre Parkway
Fremont, California 94538

*Judge Ballati*
*Department 206*
Superior Court of California, County of San Francisco
400 McAllister Street
San Francisco, California 94102

*Board of Supervisors*
County of Alameda
1221 Oak Street, #536
Oakland, California 94612

*Administrative Office of the Court*
City & County of San Francisco
455 Golden Gate Avenue
San Francisco, California 94102