ORIGINAL

Fred Whitaker
872 69th Avenue
Oakland, Ca. 94621
510-569-1343

FILED
08 JUL 17 PH 2: 14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| Fred Whitaker<br>    Plaintiff<br><br>Vs<br><br><br>The Honorable David Balliti… etc<br>    Defendants | Case No. CV08 1618 PJH<br><br>Motion For Ex Party Motion To Continue ~~2-27-08~~ Motion To Dismiss and Decl. in Support Under Civ. Local Rules 6-3<br><br>Date: July 30th, 2008<br>Time: 9:00am<br>Dept: Courtroom 3 17th floor |

## DECLARATION

1.0 I Fred Whitaker declare:

2.0 I called Defendants attorney and requests that he move back his Prefiling Requests to August 25, 2008 which is the same original date of their motion to dismiss.

3.0 I indicated this prefiling order requests creates an unfair burden upon me. I have to file a response to the original Motion to Dismiss and a response to a requests for a prefiling order .

4.0 Plaintiff has a broken bone in my foot which I am currently having treatment at Highland hospital. My current date is no July 9th, 2008 for treatment. I will currently have to walk to BART and walk to Law library to do Legal Research pertaining to my response. This will entail walking approximately six blocks under considerable pain.

5.0 I will have to Two Motions within 21 days of hearing date of July 30th, 2008 as required by Civil Local Rules 7-3. To have me respond to two motions one being a motion to dismiss and the other to oppose a prefiling order under my physical condition and the short time is an unfair burden.

6.0 During 2005 to 2008 I sent The Attorney General at least three proposed Writ of Certiorari/Mandates that were sent to United Supreme Court were same similar issues were being sought before The United States Supreme Court and This Court. The Attorney General office never responded.

7.0 Defendant has no compelling reasons to move it's previous Motion To compel up 30 days.

8.0 I have a stipulation with Defendant's attorney on 7 1 08 . He has signed a written stipulation to move both dates back to August 25, 2008.

9.0 I Fred A. Whitaker declare under the penalty of perjury that the above aforementioned statements are true and correct as executed in Oakland California.

DATE: July 8th , 2008

*Fred Whitaker*

MR. FRED WHITAKER

## LEGAL ARGUMENT

**LEGAL ARGUMENT#1: BOTH PARTIES HAVE STIPULATED BY WTITTEN AGREEMENT TO MOVE MOTION TO AUGUST 25TH, 2008 OR THERE AFTER. ALSO DEFENDANTS REQUESTS TO MOVE BOTH MOTIONS TO JULY 30TH, 2008 CREATES AN UNFAIR BURDEN UNDER THE CIRCUMSTANCES.**

**10.0** **Petitioner** realleges each and every paragraph number 1 thru nine and included in this section.

**11.0** I have a broken foot and moving the time line up 30 days to respond to two motions under the circumstances has created an unfair burden upon me.

**12.0** Both parties have a written stipulation to move the hearing to August 25th, 2008 or thereafter **See Exhibit#1**.

Date: July 8, 2008

*Fred A. Whitaker*
MR. FRED WHITAKER

*EXHIBIT 1*

## WRITTEN STIPULATION TO HAVE PLAINTIFF'S 12(B) MOTION TO DISMISS AND TO HAVE A MOTION FOR PREFILING REVIEW ETC

1.0 **We** (Fred A. Whitaker & Tom Blake) both agree that ~~Plaintiff's~~ *defendants'* 12(B) Motion To Dismiss and It's Motion For Prefiling Review that the hearing date is to be Heard on August 25th, 2008 before Judge PHJ at 9:00am in CourtRoom 3, 17th floor.

2.0 If this date is unavailable for the Court. The Court shall designate a date and time after August 25th, 2008 that all parties can fit into Tom Blake's schedule.

3.0 I Fred A. Whitaker hereby agree to this Stipulation *[signature: Fred A. Whitaker]* and Tom Blake hereby agree to this Stipulation *[signature]* on July 2nd, 2008.

Signed: *[signature] TBlk*
Dep. AG
Attys for defendants

Fred Whitaker
872 69th Avenue
Oakland, Ca. 94621
510-569-1343

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| Fred Whitaker | Case No. CV08 1618 PJH |
| Plaintiff | |
| | COURT ORDER |
| Vs | |
| | Date: July 30th, 2008 |
| The Honorable David Balliti... etc | Time: 9:00am |
| Defendants | Dept: Courtroom 3 17th floor |

This Court having considered the facts and evidence Rules that the Hearing Date

Is hereby moved to August ____ , 2008 at _____ In Courtroom #3.

DATE: July ____ 2008                                _____
                                                                    JUDGE PJ H

## PROOF OF SERVICE
### CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: **[1]** ....Ex Party Motion

**__X__ BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of **[1]** Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. ~~7004~~ 94102

_____A true copy of the aforementioned document(s) was transmitted via facismile to the party listed.

_____by personal service. I personally delivered the document(s) cited above to the following address:

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: July 9, 2006                    _Mr. Race C. Jones_

                                                        Mr. Race C. Jones