United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED A. WHITAKER,

    Plaintiff,

    v.

ALAMEDA SUPERIOR COURT, et al.,

    Defendants.
_____/

No. C 08-1618 PJH

**JUDGMENT**

    The court having granted defendants' motion to dismiss for lack of subject matter jurisdiction,

    It is Ordered and Adjudged

    that plaintiff Fred A. Whitaker take nothing, and that the action be dismissed on the merits.

Dated: July 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED A WHITAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAMEDA SUPERIOR COURT et al,<br><br>        Defendants.<br>_____ / | Case Number: CV08-01618 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred A. Whitaker
872 69th Ave
Oakland, CA 94621

Dated: July 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk