Fred A. Whitaker
872 69th Avenue
Oakland, Ca. 94621
510-569-1343

RECEIVED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRED A. WHITAKER                    CV 081618 BZ PJH
        Plaintiff
                                    Plaintiffs Opposition To Defendant's
Vs                                  Motion To Dismiss Under Rule 12(B)
                                    F.R.C.P. SUMMARY

The Honorable David Ballati;Yolanda
Northridge; Frank Roesch;Carl Morris    Date: 9/10/ , 2008
George C. Hernandez ; Judge Richman     TIME: 9:00am
,McGuiness ,Davis , Superior Court      DEPT: Courtroom 3
Of Alameda & and San Francisco
Superior County Court

## SUMMARY

### I HAVE STANDING TO PURSUE TO MY COMPLAINT BASED ON CONSTITUTIONAL VIOLATIONS

My complaint clearly alleges that various Judicial procedures by **Defendants** violated my $1^{st}, 4^{th}$ and 14th constitutionally protected rights. Therefore I had standing and this court had original jurisdiction. **See USC 1331;1343; 42 USC 1983;**

My complaint alleges that **Defendants** Judicial procedures maintained, created and enforced **CCP 391** was **Illegal** and or their Judicial procedures were unconstitutional under the $1^{st}, 4^{th}$ **and** 5th Constitution.

### VEXATIOUS LITIGANT STATUE UNCONSTITUTIONAL/JUDICIAL PROCEDURES BY DEFENDANTS UNCONSTITUTIONAL

**CCP 391** was Unconstitutional by **Beaudreau V Superior Court 1975 14 Cal.3rd 448** on Following Basis [1] One Litigant who can take property from another constitutes an taking [2] The Legal Standard of Probable cause is a prima facie case that each cause of action is foreclosed as a matter of law. [3] The Taking of one's Property Rights Without a Hearing On The Merits Without a Prior Hearing On Merits is Violation of any Litigants Due Process (Overruling Vinncombe V State of California 172 Cal.App.2nd at p 59 which Ruled Under **CCP 391** was legal Under Equal protection) [4] All litigants have a Right To Informa Pauperis to dispense with any Security Bonding on meritious lawsuits **Other Stare Decisis Ruling That CCP 391** was constitutional:

**OTHER GROUNDS CCP 391 UNCONSTITUTIONAL**

- [5] **Defendants** by relying solely on Vexatious Litigant List Made It a Conclusive Presumption The Established Statutory Burden of Proof was a Rebuttable Burden Upon Defendant Under . **CCP 391.1 .This Created Illegal Burden on Proof Thereby Denying Mine and All Vexatious Litigants Right To a Fair Trial**

- **[6] Defendants Violated** In Forma pauperis Right To waiver of both court costs and waiver of security bonding costs..This Violated my 1st, 5th and 14th amendment Rights. Thereby denying mine and others Right To a Fair Trial

- **In Muller V Tanner 2 CA3rd at 454 Court Ruled:** That if conflict between right to proceed In Forma Pauperis and a determination of merits of litigation the statutory resiriction would have to yield **See Roberts V Superior Court 264 Cal.App.2nd 235; Bank of America V Superior Court 255 Cal.App.2nd 575; County of Sutter V Superior Court 244 Cal.App.2nd 770.** This conflicted with **Defendants** policy/practice to dismiss all litigation that had no reasonable probability to prevail where in forma pauperis status existed.**See Exhibit 1 page 454**

- **[7] Defendants** Violated Burden of proof no Reasonable probability by simply stating no Reasonable probability to prevail without any finding that each cause of action is foreclosed as a matter of law. This was Illegal Under **Muller 2 CA2nd 464.** which determine this process illegally striped judge of their judicial function **See Exhibit#1 page 464**

**DEFENDANTS JUDICIAL PROCEDURES CREATED,MAINTAINED AND ENFORCED ILLEGAL SEPARTE BUT EQUAL JUSTICE SYSTEM THAT DENIED PETITIONER AND ALL VEXATIOUS LITIGANTS A RIGHT TO A FAIR TRIAL**

- **(1) DEFENDANTS** Reliance on vexatious litigant statute as burden of proof of vexatious litigation created **conclusive presumption .**This denied petitioner and all others a fair trial in that in allow Court to disregard statute of limitations, burden of proof thereby enforcing a state it had no legal authority to enforce. Denial of 5th and 14th amendment. **UNREASONABLE OBJECTIVE FACTUAL DETERMINATION UNCONSTITUTIONAL PER SAY.**

- **(2) DEFENDANTS** reliance on No Reasonable probability to prevail statements without standard that each cause of action was foreclosed by law created an **Illegal conclusive presumption.**

UNREASONABLE OBJECTIVE FACTUAL DETERMINATION UNCONSTUITUTIONAL PER SAY.

- **(3) DEFENDANTS** reliance on In Forma Pauperis status does not grant any Vexatious Litigant a Right To Waive both security bonding costs and court costs. **UNREASONABLE OBJECTIVE FACTUAL DETERMINATION UNCONSTITUTIONAL PER SAY.**
- **(4) DEFENDANTS** failure to provide all vexatious litigants with a right to a Hearing on the merits prior to taking our **"PROPERTY Rights"** constituted an illegal taking of property **WHICH WAS AN UNREASONABLE OBJECTIVE DETERMINATION UNCONSTITUTIONAL PER SAY.**
- **(5) DEFENDANTS** failure to allow all vexatious litigant a right to contest the REASONABLENESS OF SECURITY BONDING COSTS **WAS AN UNREASONABLE OBJECTIVE DETERMINATION UNCONSTITUTIONAL PER SAY**

DEFENDANTS CREATEDSEPARATE BUT UNEQUAL JUDICIAL PROCESS AS FOLLOWS:

| NONE VEXATIOUS LITIGANTS | VEXATIOUS LITIGANTS |
|---|---|
| [1] Statute of limitations based on Factual determination | Statute of limitations not based on factual determination |
| [2] Reasonable Probability based on Objective basis –Demurrer, ,Judgment on Pleading Summary Judgment etc | Reasonable Probability based on subjective basis no demurrer Judgment on Pleading,Summary Judgment etc |
| [3] Dismissal Based on Objective Basis that each cause of action Was foreclosed as matter of law | Dismissal Based on Subjective basis that each cause of action is not foreclosed by law |
| [4] In forma pauperis includes Both waiver of Court & Security Both waiver of court and security Bonding fees | In Forma pauperis includes Only Waiver of Court Costs |
| [5] REASONABLE OBJECTIVE FACTUAL DETERMINATION PROCESS | UNREASONABLE OBJECTIVE FACTUAL DETERMINATION PROCESS |
| [6] Consideration of Stare Decisis Relevant Cases | No consideration of Stare Decisis Relevant cases |

## ROCKER-FELDMAN DOCTRINE INAPPLICABLE TO PROSPECTIVE RELIEF BEING SOUGHT

The **Rooker-Feldman Doctrine** was not applicable because there were no Court Orders/Judgments that were being reviewed by my complaint before this Court. My complaint alleges four controversy Judicial procedures by **Defendants PRESENTLY** which violated my 1st, 4th, and 14th **Constitutionally** legal rights. Thus the Rooker-Feldman Doctrine is not applicable before this court.

I am seeking Prospective relief from Judicial Actions that **Defendants PRESENTLY** are engaged in. By Law The state are not being sued thus the is inapplicable. **See Will V Michigan Dept't of State Police 491 US 58,63-64**

## DEFENDANTS WOULD NOT HAVE JUDICIAL IMMUNITY THAT ARISE OUT OF THEIR LACK OF LEGAL JURISDICTION TO ENGAGE IN JUDICIAL PROCEDURES AS ALLEGED IN MY COMPLAINT

**Defendants** by lacking legal jurisdiction under **CCP 391(B)(1) ...etc** lacks personal jurisdiction upon Plaintiff and others. **Defendants** lack of legal jurisdiction lack judicial immunity

## THE ELEVENTH AMENDMENT IS NOT A BAR TO THIS LEGAL COMPLAINT AGAINST THE STATE AND ITS JUDICIARY

**Defendants** are being sued in the individual capacity for prospective relief which is allowed under Current Law **See Will V Michigan Dept't of State Police 491 US 58,70-71.**

**Defendants** if sued in the individual capacity the eleventh amendment does not bar such suits nor are state officers absolutely immune from personal liability by virtue of the "Official nature of their acts **See Hafer V Melo 502 US 21,30-31 etc**

DATE: 7/25/, 2008                          *Fred Whitaker*
                                                                     MR. WHITAKER

Case 3:08-cv-01618-PJH    Document 38    Filed 07/25/2008    Page 6 of 6