**RECEIVED**
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**
CCP 1013(a) 2015 & 2003(3) & 2005(1)

C08-1618 PJH 
**FILED**
JUL 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**I RACE C. JONES DECLARE;**

I am over the age of 18 years and not party to this action. My residential address is 184 13th St. Apt. 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] *Notice & Motion For New Trial etc* (2) *Amended Complaint* (3) *Plaintiff's Opposition Summary to Motion to Dismiss* (4) *Plaintiff's Opposition to Prefiling Order etc* (5) *Plaintiff's 1st Decl. to Order to Dismiss etc* (6) *Plaintiff's 2nd Decl. to Dismissal* (7) *Plaintiff's Opposition to Dismiss with Points & Authorities*

___X___ **BY MAIL CCP 1014 & 2015.5**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelop and placed the aforementioned document(s) with postage thereon fully prepaid to the address of [1]

_____ A true copy of the aforementioned documents was Filed In Oakland Court and transmitted to the party listed:

___X___ by personal service. I personally delivered the document(s) cited above to the following address: *Tom Blake, Office of the Attorney General Dept of Justice, 455 Golden Gate Ave, SF CA*

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: July 25, 2008            *Mr. Race C. Jones*
                                MR. RACE C. JONES