**FILED**  JUL 2 5 2008  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**  JUL 2 5 2008  RICHARD W. WIEKING  CLERK, U.S. DISTRICT COURT  NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

AMENDED PROOF OF SERVICE

**PROOF OF SERVICE**
CCP 1013(a) 2015 & 2003(3) & 2005(1)

CASE # CO8-1618 PJH

**I RACE C. JONES DECLARE;**

I am over the age of 18 years and not party to this action. My residential address is 184 13th St. Apt. 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] NOTICE & MOTION FOR NEW TRIAL ETC (2) AMENDED COMPLAINT (3) PLAINTIFF'S OPPOSITION SUMMARY TO MOTION TO DISMISS (4) PLAINTIFF'S OPPOSITION TO PREFILING ORDER ETC (5) PLAINTIFF'S 1ST DECLR. TO ORDER TO DISMISS ETC (6) PLAINTIFF'S 2ND DECLR. TO DISMISSAL (7) PLAINTIFF'S OPPOSITION TO DISMISS WITH POINTS & AUTHORITIES

___X___ **BY MAIL CCP 1014 & 2015.5**

(7) NOTICE AND MOTION FOR NEW TRIAL

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelop and placed the aforementioned document(s) with postage thereon fully prepaid to the address of [1]

_____ A true copy of the aforementioned documents was Filed In Oakland Court and transmitted to the party listed:

__X__ by personal service. I personally delivered the document(s) cited above to the following address: TOM BLAKE, OFFICE OF THE ATTORNEY GENERAL DEPT OF JUSTICE, 455 GOLDEN GATE AVE SF CA

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: July 25, 2008         _Mr. Race C. Jones_

MR. RACE C. JONES