Fred Whitaker
872 69th Avenue
Oakland, California 94621
510-569-1343

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Fred Whitaker          Plaintiff          Case No. CV08 1619 PJH

                                          Plaintiff's Reply To Defendant's
                                          Opposition To My Motion For A
                                          A New Trial

Vs                                        Date: September 10th, 2008
                                          Time: 9:00am
                                          Dept: 3 17th floor

The Honorable David Ballati; etc
Defendants

**DATE: AUGUST 3RD, 2008**                Fred Whitaker

                                          **FRED WHITAKER**

## LEGAL ARGUMENTS

### LEGAL ARGUMENT#1: DEFENDANT'S REPLY AND THE COURT'S ORDER OF DISMISAL IS NOT SUPPORTED BY EVIDENCE NOR THE LAW

**9.0 Plaintiff** repeats and realleges each and every paragraph numbered 1 thru 8 into this section by reference. *FROM DECLARATION IN SUPPORT.*

### DEFENDANTS MOTION WAS NOT PROPERLY SERVED AND CALENDARED BEFORE THIS COURT UNDER LOCAL RULE 7-2 DEFENDANTS MOTION WAS CALENDARDED 5 DAYS EARLY THEREFORE IT'S DENIAL OF CONTINUANCE IN LIGHT OF THIS FACT IS AN ABUSE OF IT'S DISCRETION.

**10.0 Defendants** opposition to My Motion For a New Trial etc is based on assertion that Court did not abuse it's discretion as to denying a continuance to August 25th, 2008.

**11.0 Defendants** Motion was improperly before the Court Under Local Rules 7-2 which require all motions to be heard 35 days after service of that motion upon opposing litigant. In this case the motion and the accompanying papers were not served upon Plaintiff by mail until June 30th, 2008. Therefore 35 days after service should have been August 5th, 2008 and not July 30th, 2008.

### ABUSE OF DISCRETION IS NOT THE APPROPRIATE LEGAL STANDARD IN A MOTION TO DISMISS. THE APPROPRIATE LEGAL STANDARD IS THAT NO FEDERAL CAUSE OF ACTION EXISTS. THEREFORE DEFENDANTS' OPPOSITION PAPERS LACK MERIT.

**12.0** The Federal Motion To Dismiss under Federal Rule 12(B) is analogous **to** the state of California's Demurrer. Both of the aforementioned statutes when dismissed entail that no cause of action exists. Therefore the legal standard is that No legal cause of action exists not an abuse of discretion standard.

**13.0 Defendants** Motion to Dismiss is legally insufficient in that an amended complaint was filed with the Motion For a New Trial. There is a new complaint before this Court **Defendants'** Motion To Dismiss is against a legal complaint that is no longer before this court. Therefore the prior Court Order is null and

void as a matter of law in that no judgment had been entered until an amended complaint had been filed

---

**LEGAL ARGUMENT#2: THE COURT ORDER TO DISMISS BEFORE THIS COURT IS BASED ON FACTS NOT BEFORE THE COURT, EVIDENCE NOT BEFORE THIS COURT AND THE WRONG LAW BEFORE THIS COURT THEREBY VIOLATING PLAINTIFF OF MY CONSTITUTIONAL RIGHT TO A FAIR TRIAL UNDER THE 1ST, 5TH AND 14TH AMENDMENT RIGHTS.**

**14.0** Court's assertion is that I seek a Judicial declaration that Vexatious Litigant Statute is UnConstitutional and to seek an order requiring the Superior Court To permit him to appear in a probate matter thus seeks relief that is inextricicably intertwined with the state court proceedings.

**15.0** The review is limited to the contents of the complaint **See Allarcom Pay Television Ltd. V Gen. Instrument Corp. 69 F,3rd 381., 385** .

**16,0** All allegations of material fact are taken as true. **Erickson V Pados 127 S. Ct. 1955, 1965 (2007).**

**17.0** There are Four Controversies before this Court : **Defendants [1]** Make a factual determination of Vexatious Litigation by relying on state Vexatious Litigant List instead of what Law and statute mandates under **CCP 391(B)(B)(1)** 5 adverse ruling within proceedings seven year time period [[2] a factual determination of the hearing on the merits by objective standard and that means that each cause of action is foreclosed by law  instead of no reasonable probability statement without a objective determination **[3]** In forma pauperis right means a waiver of court costs and security bonding fees and not just waiver of court costs **[4]** that all vexatious litigants have a right to contest reasonableness of security bonding fees.

**18:** The Four Controversies before this court are alleged present Judicial procedures being engaged in By **Defendants. Plaintiff**  is seeking a declaratory relief of my legal rights as to the present  Four Controversies Before This Court.

THE COURT'S RELIANCE ON DEFENDANT'S ASSERTION THAT CCP 391
HAS BEEN DETERMINED TO BE CONSTITUTIONAL IN AND AS A
STATEMENT MEANS NOTHING. THE CONSTITUTIONALITY OF CCP 391 IS
ONLY RELEVANT AS TO THE SPECIFIC JUDICIAL PROCEDURES
ASSOCIATED WITH CCP 391 THAT HAVE BEEN DEEMED
CONSTITUTIONAL IN RELATIONSHIP TO THE ALLEGED JUDICIAL
PROCEDURES THAT IT IS CURRENTLY APPICABLE TO THE FOUR
JUDICIAL CONTROVERSIES BEFORE THIS COURT.  BEFORE THIS COURT
CAN DETERMINE THAT NO LEGAL RIGHTS EXISTS IT FIRST MUST
SPECIFY THE SPECIFIC JUDICIAL PROCEDURES DEEMED
CONSTIOTUTIONAL UNDER CCP 391 BEFORE IT CAN DETERMINE THAT
NO CONTROVERSIES EXISTS.

**19.0 Controversy #1** involves the process by which **Defendants** make a factual determination of **CCP 391(B)(1)** . The ruling I cited clearly indicates that burden of proof under **CCP 391(B)(1)** is upon the **Defendants**  to make a finding of 5 adverse ruling within proceeding seven year time period.   *DOES NOT*

**20.0**  The use of vexatious litigant statute which on it's face contains 5 or more adverse ruling *WITHIN* ~~more than~~ seven proceedings years (1991/1992) is an **Conclusive Presumption** . Thus **Defendants** have changed the burden of proof standard which is not the law and violates Plaintiffs 1st amendment, 5th and 14th amendment rights.

**21.0** The issue is that the current Judicial procedure to determination a required factual determination that is the issue. **This Court only way to determine if the 1st Controversy exists** is for this court to determine what the specify judicial procedures as to **CCP 391(B)(1)** has been determined and if that process allows it to rely on Vexatious Litigant list that has not been updated as to each name on a monthly, quarterly, semi-yearly or yearly basis that a litigant has 5 adverse ruling within the proceeding seven year time period.

5

**22.0** As to First **Controversy** This Court is relying on facts not before this court. The specific court ruling that established method to determine **CCP 391(B)(1)** determination.

**23.0 Plaintiff** is asserting that use of Vexatious Litigant List Violates US Supreme Court Ruling on Statute of limitations In **Bowes V Russell 7. C.O.D.S. 6907-6811** . Thus **Plaintiff** is challenging the legality of the method of **Defendants** relying on a judicial process that violates United States Supreme Court Ruling on Process of Statute of limitations.

**24.0 Plaintiff's First Controversy** – raises issue that it's Judicial Procedure to determine **5 adverse ruling** violates **Evidence Code 352 (**establish *BY USING* conclusive presumption in violation of the law) and **Statute of Limitations Rules** (seven proceeding years limitation).**Plaintiff is not challenging constitutionality of 5 adverse ruling but the Judicial Methods used by DEFENDANTS in establishing CCP 391(B)(1) FACTUAL DETERMINATION WHICH LACKS SUPPORTING EVIDENCE. AN UNREASONABLE FACTUAL DETERMINATION PROCESS VIOLATION OF DUE PROCESS RIGHTS.**

**25.0 Plaintiff's Second Controversy** – raises issue that **CCP 391** hearing are mandated to make a factual determination of the merits of all vexatious litigant complaints by legal standard that each cause of action is foreclosed as a matter of law.

**26.0 Plaintiff** is not challenging legality of **CCP 391** but is challenging the method to determine No Reasonable Probability requirement in All **CCP 391** hearing to be a hearing on the merits must be determined by a particular process –all causes of actions must be foreclosed as a matter of law.

**27.0 Plaintiff's Second Controversy** – raises issue that factual determination of No Reasonable to prevail is an objective determination (demurrer, Judgment On Pleading etc) under **CCP 391.3** that means each causes of action is foreclosed as a matter of law.

**28. Plaintiff** is not challenging legality of No Reasonable Probability to prevail but that the method being used by **Defendants** In CCP 391 hearing of no objective determination (demurrer, judgment on Pleading, etc) and that each

cause of action is not being determined as foreclosed as a matter of law is not the law and violating my constitutional right under 1st, 5th and 14th amendments.

**29.0 PLAINTIFF'S** third **CONTROVERSY** – Is that all vexatious litigants that are informa pauperis are entitled to a waiver of both court cost and waiver of security of bonding costs.

**30.0 PLAINTIFF** is raising that a controversy exists as to what legal rights In Forma pauperis means under **CCP 391. Plaintiff** has alleged **Defendants** have determined that In Forma pauperis status means in vexatious litigant proceedings a waiver of costs only whereas **Plaintiffs** asserts it means a waiver of both court costs and security bonding fees.

**31.0 Plaintiff** is not challenging the legality of In Forma pauperis rights in **CCP 391** hearing but what specific rights **Informa pauperis** entails in **CCP 391 Hearing.**

**32.0 Plaintiffs** Fourth Controversy raises issue that all vexatious litigants are entitled to contest reasonableness of security bonding amounts whereas **Defendants** refuse to allow **Plaintiff** a right to contest reasonableness of amount of security bonding being granted at **CCP 391 hearing.**

**33.0** Again **Plaintiff** in the Fourth Controversy is not challenging the legality of **CCP 391** but only the method to determine amount of security bonding being established.

7

THIS COURT'S ASSERTION THAT CALIFORNIA VEXATIOUS LITIGANT STATUTE HAS FOUND TO BE CONSTITUTIONAL IS LEGALLY INSUFFICIENT. THIS COURT MUST STATE TH SPECIFIC JUDICIAL PROCEDURES THAT PRIOR COURT STARE RULING HAS IMOSED UPON CCCP 391 HEARING. THEN AND ONLY THEN CAN THE COURT STATE ON THE COURT RECORD THAT THE FOUR JUDICIAL PROCEDURES BEING ALLEGED AS A CONTROVERSY ARE INDEED CONTRARY TO ESTABLISHED LIMITATIONS AS SPECIFIED BY PRIOR COURT RULING. THUS THIS COURT CANNOT STATE THAT ANY OF THE FOUR CONTROVERSIES ARE INDEED ALLOWABLE BY LAW WITHOUT THE SPECIFIC COURT RULING THAT HAS DEEMED THAT NONE OF THE FOUR CONTROVERSIES INDEED EXIST BY LAW. THEREFORE MY RIGHT OF DUE PROCESS IS BEING VIOLATED BY THIS COURT FAILURE TO IDENTIFY THE SPECIFIC CASE THAT DEEMED CCP 391 CONSTITUTIONAL THEREBY COMPLYING WITH MORGAN V UNITED STATES 304 US 1,26 RIGHT OF ALL LITIGANTS TO HAVE SPECIFIC KNOWLEDGE OF BASIS OF COURT RULING AND AN OPPORTUNITY TO RESPOND PRIOR TO COURT'S FINAL DECISION.

**34.0 Plaintiff's** Four Controversies is not challenging the Constitutionality of **CCP 391.** It is alleging that **Defendants** are engaging in Four Different Judicial Procedures whereas **Plaintiff** alleges it is entitled to Four Different Judicial Procedures.

**35,O** The law is clear that all allegations of my complaint must be taken as true.**See Erickson V Pardus 127 S. Ct. 2197. Therefore this court is bound to accept the Four Controversaies as being true.**

**35.0** The only way this Court can make a factual determination that My complaint lacks merits is to specify the specific Judicial procedures Under **CCP 391** that Courts have ruled upon that grant **Plaintiffs** a Right To engage in the current Four Different Controversies.

**36.0 Plaintiff** is not asking this court to review any Court Order. **Plaintiff** is asking this court to determine if The Four Controversies **Defendants** Presently engage in as to determine my Constitutional Legal rights.

**37.0** In My amended complaint I have made specific Court Cases which State in **CCP 391** Proceedings that the following Judicial procedures exists: **[1]** No Right to Use Any State List that is not currently as a determination of a fact **[2]** All

vexatious litigants entitled to a hearing on the merits **[3]** Standard of No Reasonableness Probability  to prevail  does not include "Statement of No Reasonable probability to prevail which **defendants** engaged in only objective determination that each cause of action foreclosed as a matter of law  **[4]** In all security bonding proceedings no property rights can be taken without a hearing on the merits **[5]** All vexatious litigants have a right to informa pauperis that include a waiver of court costs and security bonding costs. A right to continue in litigation when no reasonable probability conflicts with right to waiver of court costs **[6]** Right to contest reasonableness of security bonding costs.

**38. The Law in** Elder V United States 510 US 510 mandates that all Stare Decisis Ruling must be considered.

**39.0 Defendants** have a policy/practice to refuse to review Breadreau V Superior Court 14 Cal.3rd 444, 464 which include Ruling that Overturned Vinncombe V State of California that **CCP 391** Did Violated all litigants Constitutional Due Process  By Illegal taking a litigants property rights in security bonding procedures without a hearing on the merits. It ruled that all litigants in security bonding proceeding have a right to hearing on the merits by Prima facie legal standard and that all litigants entitled to right of informa pauperis when their litigation has merit.

**40.0** This Court violated My Constitutionally Protected Due Process Rights & Equal Protection Rights By Falling To Specify The Specific Grounds That **CCP 391** Has Been Determined To Be **Constitutional** thereby providing me with an opportunity to respond to those specific Grounds it has been determined to be constitutional.

**41.0 MORGAN V UNITED STATES 304 US 1,26**  mandates that all judges have a duty to provide all parties with the specific knowledge it relied upon to make a factual determination prior to it being final whereby all individuals are entitled to an opportunity to contest the basis of court's tentative ruling.

---

**DEFENDANTS HAD NO ABSOLUTE IMMUNITY AS TO THE PROCEEDINGS BEFORE THE COURT THEREFORE THIS COURT ORDER IS NOT SUPPORT BY THE FACTS NOR THE LAW.**

---

9

**42.0** The legal complaint before this court is a declaration of My legal rights and seeks no damages as to the enforcement of the determination of my declaratory rights and injunctive relief against **Defendants** as to the four controversies before this court.

**43. Defendants** are being sued in their official capacity for future relief as to declaratory and injunctive relief. They are not being sued for damages. Therefore no Judicial immunity is involved as to those causes of actions.

**44.0 Defendants** engaged in judicial procedures where they lacked any legal jurisdiction over Plaintiff. Therefore they had no judicial immunity because that exceeded their legal authority and where not acting in a judicial capacity because they are being sued in their personal capacity.

**45.0** Courts assertion that my real challenge is to the state court decision finding me a vexatious litigant and for court to post a bond as a condition of maintaining a lawsuit in a state court is not support by any facts.

**46.** The original and amended complaint is sueing **Defendants** for engaging in illegal judicial procedures pertaining to **CCP 391** under **Declaratory and Injunctive relief** only no damages are being sought.

**47.0** On the other hand for violation of my Constitutional by **Defendants** violation of my $1^{st}, 5^{th}$ and 14th amendments I am seeking damages for violation of my constitutional rights where it lacked legal jurisdiction to act and refused to protect my constitutional $1^{st}, 5^{th}$ and 14 amendment rights The amended lawsuit against **defendants** is in their personal capacity which entails no state action..

**LEGAL ARGUMENT#2: PLAINTIFF'S LAWSUIT IS NOT INEXTRICABLY INTERWINED WITH ANY COURT PROCEEDINGS.**

**48.0** Each of the Four Controversies is separate and is not contingent on the legality of **CCP 391.**

**49.0** The First Controversies is solely on whether **Defendant's Judicial Procedure** of relying on The Vexatious Litigant List as a Conclusive Presumption when it has not been verified on any current basis as to **CCP**

**391(B)(1) is a Violation of Evidence Code 352 and Unreasonable Factual Determination has no bearing of legality of CCP 391.**

**50.0** The Second Controversy issue of denying all vexatious litigants a hearing on the merits by a determination that each cause of action is foreclosed as a matter of law prior to taking our property is a determination separate from the legality of **CCP 391.**

**51.0** The Third Controversy that In forma pauperis is a right in security bonding cases to waiver of both court costs and security bonding costs. This determination is separate from the legality of **CCP 391.**

**52.0** The Fourth Controversy is that all vexatious litigants have a legal right to engage in at **CCP 391 Hearing** the reasonableness of the security bonding costs being sought.

DATE: AUGUST 2ND, 2008          *Fred Whitaker*

Mr. Fred Whitaker

## PROOF OF SERVICE
## CCP 1013(a) 2015 & 2003(3) & 2005(1)

### I RACE C. DECLARE:

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: **[1]** . *PLAINTIFF'S REPLY TO DEFENDANTS OPPOSITION TO MY MOTION FOR A NEW TRIAL*

__ X__ **BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed

to the following parties listed below on the attached service list, in a sealed

envelope and placed the aforementioned document(s) with postage thereon fully

prepaid to the address of **[1]** Tom Blake, Office of The Attorney General, Dept.

Of Justice , 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004


_____A true copy of the aforementioned document(s) was transmitted via

facismile to the party listed.


___*X*___by personal service. I personally delivered the document(s) cited above

to the following address: *HANDED TOM BLAKE, OFFICE OF THE ATTORNEY GENERAL, DEPT. OF JUSTICE, 455 GOLDEN GATE AVENUE, SUITE 11000, SF, CA.*

I Race C. Jones declare under the penalty of perjury that the aforementioned

statements are true and correct as executed in Oakland, California.


DATE: *8/11/08*                          *m. Race C Jones*

                                          Mr. Race C. Jones