

Fred Whitaker
872 69th Avenue
Oakland, California 94621
510-569-1343

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Fred Whitaker | Plaintiff | Case No. CV08 1619 PJH |
| | | Plaintiff's Declaration In Support To Defendant's Opposition To My Motion For A New Trial |
| Vs | | Date: September 10th, 2008<br>Time: 9:00am<br>Dept: 3 17th floor |
| The Honorable David Ballati; etc<br>Defendants | | |

DATE: AUGUST 3RD, 2008

Fred Whitaker

**FRED WHITAKER**

**DECLARATION**

1. I Fred Whitaker declare
2. On July 2nd 2008 I sent to Tom Blake a blank stipulation that he had agreed to sign to move back the hearing date to August 25th, 2008 from July 30th, 2008.
3. When I hadn't received the stipulation signed by Mr. Blake in the morning of July 7th, 2008. I called his office and left him a message that I hadn't received the stipulation signed by him.
4. On the morning of July 8th 2008 after I hadn't received the stipulation signed by Mr. Blake. I again called his office and left another message that I hadn't received the stipulation signed by him.
5. I received the signed stipulation on July 8th 2008. I then created an Ex-Party Motion For a Continuance to August 25th, 2008. On July 9th, 2008 I had Mr. Blake served with the Ex-Party Motion by mail. I then filed the proof of service and the Ex-Party Motion With the Court by mail. I received no response Until July 19th, 2008 approximately.
6. The response was a endorsed filed blank copy of my Ex-Party Motion with no decision by the court. On July 22nd, 2008 after receiving no other information from the court. I called the Court on July 22nd, 2008. I was told that the court had made it's ruling on July 22nd, 2008.
7. In My original and amended lawsuits before this court I raised Four Controversies before this Court:
   - First Controversy is that **Defendants** content that they can rely on Vexatious Litigant State List as Evidence of Vexatious Litigant determination. **Plaintiff** contents that **Defendants** in making a Vexatious Litigant determination must be based on 5 adverse ruling in Court Record within the proceeding seven years and not on vexatious litigant list.
   - Second Controversy is that **Defendants** contention that it can make a determination of reasonable probability without an objective determination (demurrer, Judgment On Pleading etc) that forecloses

each cause of action as a matter of law **whereas Plaintiff** contents that **Defendants** is bound by case law and Constitutional Due Process and Equal Protection To make a determination of merit of my complaint on basis that each cause and every one of my claims is foreclosed as a matter of law based on a prima facie legal standard.

- Third Controversy is that **Defendants** contend that CCP 391 procedures it can take Plaintiffs' property rights without a hearing on the merits without granting/considering plaintiff's and all other vexatious litigants right to security bonding fees **wheras Plaintiffs** contend in **CCP 391** procedures it cannot take **Plaintiffs** property rights without a hearing on the merits and a right of security bonding costs being waived by in forma pauperis.

- The Fourth controversy **Defendants** contends that in all **CCP 391** hearing all vexatious litigants are not entitled to a determination of the reasonableness of the security bonding nor a a finding on the merits of **Plaintiffs** legal complaints **whereas Plaintiff** contends that I and all alleged vexatious litigants are entitled to a determination on the reasonableness of the security bonding amount and a finding on the merits of my legal complaint.

**8.0** I Fred Whitaker declare under the penalty of perjury that the above mention statements are true and correct as executed and signed within the state of California in Oakland.

**DATE: August 7/, 2008**            *Fred Whitaker*

                                     **Fred Whitaker**

2

## PROOF OF SERVICE
## CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: **[1]**. *Plaintiff's Declaration in Support to Defendant's Opposition to My Motion For A New Trial*

__X__ **BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of **[1]** Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004

_____A true copy of the aforementioned document(s) was transmitted via facismile to the party listed.

__X__ by personal service. I personally delivered the document(s) cited above to the following address: *Tom Blake, Office of The Attorney General, Dept of Justice, 455 Golden Gate Avenue, Suite 11000, SF, CA*

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: 8/11/08

*Mr. Race C. Jones*
Mr. Race C. Jones