ORIGINAL

Fred A. Whitaker
872 69th Avenue
Oakland, Ca. 94621
510-569-1343

FILED

08 AUG 18 PM 2: 46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

Fred Whitaker
Plaintiff

Vs

Alameda Superior County, et al
Defendants

Case No. C-08 1618 PHJ

Plaintiff's Opposition To Judges'
Order Denying Motion For Relief
From Judgment

Date: September 24th 2008
Time: 9:00am
Dept: 3

Date: August 13th 2008

*Fred Whitaker*
Mr. Fred Whitaker

## DECLARATION

**1.0** I Fred Whitaker declare;

**2.0** I did not rely on **CCP 657** as the grounds for new trial. I was relying on stare decisis court ruling in the state of California and **CCP 657, 659 etc** as grounds for a new trial.

**3.0** I raised various legal issues that this Court Ruling on 7 22 08 was Illegal. It violated The law, it relied on facts not before the court and it violated my Due Process Legal rights.

**4.0** The Amended complaint, my opposition papers were not filed until August 25th 2008. Therefore Court could not have reviewed those documents as a basis to make it's ruling on August 22nd, 2008.

**5.0** The original legal complaint asked this Court to address my second cause of action injunctive relief pertaining to my legal rights by April 9th 2008 prior to my probate hearing that day.

**6.0** I Fred Whitaker declare under the penalty of perjury that the aforementioned statements are true and correct as executed In Oakland, California.

Date: August 13th 2008           *Mr. Fred Whitaker*

Mr. Fred A. Whitaker

## MATERIAL FACTS

**7.0** The alleged facts are not in dispute that my complaint alleges **Defendants** in determining that **[1]** I am a vexatious litigant use vexatious Litigant list from 1991/1992 **[2]** That in making a determination of No Reasonable probability to prevail it prevail it does not make that determination by standard that each cause of action is foreclosed as a matter of law **[3]** That security bonding is granted on the determination of my being a vexatious litigant and no reasonable probability to prevail under **[1] & [2] [4]** Plaintiff right to in forma pauperis is limited to waiver of court costs only and not security bonding fee and **[5]** My litigation is dismissed without a hearing on the merits including the reasonableness of the security bonding being sought.

> **THIS COURT HAS FAILED TO UNDERSTAND THE MATERIAL DISTINCTION BETWEEN CHALLENGING THE ILLEGAL METHOD TO DETERMINE A FACT AND CHALLENGING THE RIGHT TO MAKE A FACTUAL DETERMINATION.**

**8.0 Defendants** under **CCP 391** have a right to determine that I am a vexatious litigant; no reasonable probability to prevail; standard of no reasonable probability to prevail is that they must determine that each cause of action is foreclosed as a matter of law; that the amount of security bonding must be reasonable and that all vexatious litigants right to in forma pauperis includes a waiver of court costs and security bonding and that if a conflict exists our common law right of in forma pauperis prevails over a statutory right.

**9.0 THIS ISSUE BEFORE THIS COURT IS ANALOGOUS TO A CRMINAL ACT WHERE THE COURT FINDS A PARTY GUILTY OF A CRIME; THEFT, BURGLERY ETC AND THE MEANS OF FINDING EVIDENCE WAS ILLEGAL -** Illegal/warrant or no warrant to obtain evidence; Illegal strip search, Illegal interrogation etc.

**10.0** The issue is not that a party is challenging the final ruling per say but that that method the court engaged in to find the final ruling was unconstitutional. **The Court must examine and ruled upon the alleged legal method to determine if the final ruling must stand.**

**11.0 This Court has failed to understand the same principle is before this court. The manner by which Defendants have made the factual ruling are being challenged as illegal. The only way this court can determine if the method is illegal is to specify the methods that the court has determine are legal in security bonding cases as a principle of law.**

**12.0** <u>This court has violated my constitutional due process rights by failing to review the method that is raised as being unconstitutional as related to **CCP 391** procedures. While there is a distinction between challenging the legality of a statute and the procedures that defendants have engaged in. This distinction is material.</u>

**13.0** This court has a fixed belief that **CCP 391** is constitutional. This belief must be more than that. This court has a duty to specify what specific rights that have been authorized by law as applicable to **CCP 391**. <u>I have a right to provide opposition to the constitutionality of CCP 391 as to whether court is complying with the law. This is what I am seeking as prospective relief in the future in my original complaint.</u>

**14.0 This Court by failing to state what judicial procedures have been deemed constitutional has without any evidence on the court record and without any opportunity for me to respond has made a judicial determination without any supporting evidence on the court record thereby denying me a fair trial.**

## LEGAL ARGUMENT

> **LEGAL ARGUMENT#1: THIS COURT ENGAGED IN JUDICIAL BIAS BY RELYING ON FACTS NOT ON THE COURT RECORD AND APPLYING THE WRONG LAWS TO THOSE IMPROPER FACTS**

**15.0** This Court has determined that no trial was held in the proceedings before this Court.

**16.0** California law clearly defines a trial as a determination of fact and or law. Therefore when this court made a factual/legal determination that it lacked subject matter jurisdiction, that defendant have absolute immunity under the 11th amendment engaged in a trial.

> JUDGE HAMILTON FAILED TO FOLLOW ESTABLISHED LAW AND TO FOLLOW THE FACTS THAT WERE ON THE COURT RECORD IN MAKING IT'S ILLEGAL LEGAL DETERMINATIONS:

**16.0** The facts alleged in my complaint are clear that four controversies existed: **Defendants** engaged in following Judicial Procedures **[1]** their burden of proof that I had 5 adverse ruling as required by law was not by establishing five adverse ruling within seven years but by relying on Vexatious Litigant list **[2]** No Hearing on the merits by a legal standard of no reasonable probability to prevail

that each cause of action is foreclosed as a matter of law **[3]** No common law right of in forma pauperis of waiver of court costs and security bonding costs and **[4]** No right to reasonableness of security bonding amount.

**10.0 The law is clear that it must accept the statements of my complaint as being true. <u>Court failed to accept my statements as being true.</u>**

**17.0** This Court belief was that I was simply seeking a challenge to the Constitutionality of **CCP 391.**

**18.0** My complaint alleges that the Judicial procedures that Defendants engaged in violated my 1st, 5th and 14th amendment rights see Statement between paragraph five and sixth. **<u>The unconstitutionality is only the Judicial procedures engaged in as towards me and other vexatious litigant as to the four controversies before this court.</u>**

**19.0** Paragraph number 37 in my complaint seeks whether defendant's activities constitute a violation of the $1^{st}, 5^{th}$ and 14th amendment Federal and state constitutions.

**20.0** Paragraph 38 seeks whether the acts of defendants as alleged are being applied to myself are unconstitutional, invalid or illegal discriminatory.

---

**MY COMPLAINT IS SEEKING WHETHER ALLEGED JUDICIAL ACTS BY DEFENDANTS ARE CONSTITUTIONAL IN AND OF THEMSELVES.
MY COMPLAINT ALLEGED FOUR DIFFERENT JUDICIAL PROCEDURES THAT DEFENDANTS HAVE ENGAGED IN. I ALSO SEEK INJUNCTIVE RELIEF FROM THOSE FOUR JUDICIAL PROCEDURES ENGAGED IN BY DEFENDANTS. THE ONLY WAY THIS COURT CAN DETERMINE WHETHER DEFENDANTS JUDICIAL PROCEDURES ARE CONSTITUTIONAL IS TO SPECIFY THE SPECIFIC JUDICIAL PROCEDURES THAT HAVE DEEMED CONSTITUTIONAL BY STARE DECISIS RULING.**

**21.0** This court has cited no specific judicial procedures that have been ruled constitutional by prior stare decisis court ruling that are applicable to **CCP 391 Hearing.**

**22.0** Under State Law a Demurrer sustained without leave to amend the legal standard is that each cause of action is foreclosed as a matter of law. Thus this court must find that my complaint declaratory is invalid on it's face or by law.

**23.0** My complaint raised legal issue that defendant is engaging in four controversies that violate my legal rights. <u>There is no facts/evidence cited by this court of what the specific judicial procedures are applicable to **CCP 391** hearing. Therefore it cannot state that the issues I am raising lack merit because it has not stated the specific rights I am entitled to under **CCP 391 Hearing** and comp[are those rights to the rights I am seeking in my complaint.</u>

**24.0 This Court's statement that it reviewed my first amended complaint and the motion papers and determined that it's motion was appropriate without oral argument is not supported by facts nor by law**

**25.0** This Court made it's ruling on August 22nd 2008. I filed my amended complaint and moving papers on August 25th, 2008. Therefore it would have been possible for court to have considered any of my papers in making it's Ruling on August 22nd 2008 because none of my papers were before this court.

**LEGAL ARGUMENT#2: MY COMPLAINT REQUESTS WAS NOT INEXTRICABLY INTERWINED WITH THE STATE COURT PROCEEDINGS.**

**26.0** My complaint sought a declaration of my legal rights. This determination was based on judicial procedures that were alleged as being constitutional and that defendants had failed to enforce my legal rights.

**27.0** The Constitutionality of **CCP 391** was not the issue as being sought in my original complaint. **<u>I was seeking a declaration of what specific rights I had in CCP 391 hearing. Thus the only way this court could determine my legal rights is to determine the specific rights I had under CCP 391 not that it was Constitutional.</u>**

**28.0** This Court has subject matter jurisdiction. My complaint raises constitutional issues of my 1st, 5th and 14th amendment right by the manner that Defendants are engaging in various judicial procedures I.E.: **[1]** The burden of proof of 5 adverse ruling under **CCP 391(B)(1)** as determined by the court is a rebuttable presumption by defendants. <u>**This Court never addressed legal issue whether defendants' use of vexatious litigant list that is void on it's face [more than seven proceedings years] , no 5 adverse ruling on it's face was a conclusive presumption thereby violating the burden of proof under established law. This Court never addressed legal issue whether defendants' failure to have a hearing on the merits by method that each cause of action is foreclosed by law violates defendants burden of proof. This Court never addressed legal issue that defendants failure to grant in forma pauperis litigants in vexatious litigant hearing a right to waiver of court costs and security bonding costs. This Court never addressed legal issue that I was entitled to contest reasonableness of security bonding amounts.This court never addressed legal issue that Defendants dismissing my legal complaints without a hearing on the merits constituted an illegal taking of property.**</u>

**29.0** My complaint alleged that **CCP 391** had specific judicial procedures and that defendants had not engaged in those specific judicial procedures as required by law.

**30.0** The legality of CCP 391 was not the issue being challenged. The specific judicial procedures that made **CCP 391** constitutional was warranted such that court could determine if the alleged procedures defendants were allegedly being engaged in  fact were specified by it's constitutionality.

**31.0** The alleged hearing date of April 9th 2008 was for this court to make a specific determination of my constitutional rights under **CCP 391** therefore as to provide probate and any other judicial proceedings of the legal rights I am entitled to under **CCP 391**.

**32.0 GIVEN THAT THE APRIL 9TH 2008 HEARING HAS GONE THE ISSUE ASSOCIATED WITH THAT DATE ARE MOOT.**

> **JUDGE HAMILTON'S FIXED BELIEF THAT I AM CONTESTING THE SUPERIOR COURT RULING THAT I AM A VEXATIOUS LITIGANT AND REQUIRING THAT I PROVIDE SECURITY BONDING AND FAILING TO UNDERSTAND THAT I AM SEEKING PROSPECTIVE RELIEF FROM DEFENDANT'S CURRENT JUDICIAL PROCEDURES OF FAILING TO ENFORCE THE CONSTITUTIONAL ASPECTS OF CCP 391 HAS DENIED ME A FAIR TRIAL**

**33.0** The prospective relief is to have defendants enforce the following Judicial procedures : **[1]** Proof 5 adverse ruling within proceedings seven years years without relying on vexatious litigant list **[2]** No Reasonable probability established by judicial procedures that each cause of action is foreclosed as a matter of law **[3]** right to in forma pauperis of waiver of both court costs and waiver of security bonding costs and **[4]** right to determine reasonableness of security bonding amount and **[5]** no taking of my property rights without a hearing on the merits

**34.0 Court's** fixed belief that I am challenging any court ruling is not before this court. The alleged judicial procedures are constitutional violations of my legal rights under the $1^{st}, 5^{th}$ and 14th amendment. **Thus this court has subject matter jurisdiction.**

**35.0** Plaintiff is seeking prospective relief for future judicial procedures that defendants currently engage in. **Thus Defendants are not being sued for damages but under their Official Capacity under declaratory and injunctive relief claims. Therefore Defendants 11th amendment violations is not applicable in this matter before the court.**

**36.0** Plaintiff in my amended complaint is adding damages for defendants engaging on basis they had no legal jurisdiction to enforce **CCP 391** in a manner that was unconstitutional. **Thus Defendants had no immunity in that they lacked legal jurisdiction to engaged in the methods of paragraph number 37. Thus defendants are being sued in their personal capacity. Thus the 11th amendment does not apply.**

> **LEGAL ARGUMENT#3: COURT'S FAILURE TO ENFORCE STARE DECISIS COURT RULING VIOLATED MY CONSTITUTIONALLY PROTECTED DUE PROCESS RIGHTS**

**38.0** The Constitutionality of **CCP 391** is based on stare decisis court ruling. The stare decisis court ruling applicable to **CCP 391** constitutionality established the specific judicial procedures that were deemed constitutional as a matter of law. **Therefore this court failure to specific the specific judicial procedures deemed constitutional violated my due process rights.**

**39.0 The United States in Morgan V United States 304 US 1,26 established that a court must provide all litigants with the factual and or legal basis of their ruling and an opportunity to present their opposition.**

**40.0** This court has violated principle established by **Morgan V United States 304 US 1,26** by failing to review stare decisis ruling that is applicable to **CCP 391** Constitutionality as to determine whether defendants actual judicial acts were authorized by law.

**41.0 Courts Ruling is not supported by facts nor by law and it violated my Constitutionally protected Due process legal rights..** This court had a fixed opinion that it relied upon. The facts it relied upon where not before this court. Nor was Plaintiff given any opportunity to question this court of the basis of it's belief and the facts it relied upon to make it's legal determinations. It then applied the law based on it's fixed belief that was not supported by facts nor by law. .

DATE: August 13th 2008        *Fred Whitaker*

             MR. FRED WHITAKER

## PROOF OF SERVICE
### CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] *PLAINTIFF'S OPPOSITION TO JUDGES ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT*

__X__ **BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of [1] Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004

_____ A true copy of the aforementioned document(s) was transmitted via facsimile to the party listed.

__X__ by personal service. I personally delivered the document(s) cited above to the following address: *LISTED TOM BLAKE, OFFICE OF THE ATTORNEY GENERAL, DEPT. OF JUSTICE, 455 GOLDEN GATE AVENUE, SUITE 11000, SF, CA.*

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: 8/13/08

*Mr. Race Jones*

Mr. Race C. Jones