Fred Whitaker
872 69th Avenue
Oakland, Ca. 94621

FILED
08 AUG 19 AM 11: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Whitaker | Case No. C-08-1618 PJH |
| Plaintiff | Ex-Parte Notice and Motion For 30 Day Extension of Time after The September 8th 2008 Deadline *To File Appeal Notice* |
| Vs | Date: August 27 2008 Time: 9:00am |
| Judge David Ballati; Yolanda Northridge; Dept:3 Frank Roesch; Carl Morris; George C. Hernandez Jr. Superior Court of Alameda County and Superior Court of San Francisco County | |
| Defendants | |

Date: August 15, 2008

*Fred Whitaker*
MR. FRED WHITAKER

## MATERIAL FACTS

**1.0** I Fred Whitaker declare

**2.0** None of the Documents I filed on July 25th 2008 was reviewed nor considered by the court in it's ruling of August 22nd 2008.

**3.0** None of the documents I filed on August 11th 2008 were considered by this court in it's August 8th 2008 entry of judgment.

**4.0** I have a document which is an objection to this Court's Order of August 8th 2008 denying my motion for a new trial.

**5.0** The deadline for my appeal is either August 22nd 2008 (from The July 22nd court Order) or September 8th 2008 (from the August 8th 2008 Judgment ).

**6.0** The Hearing date I have made for hearing on my objection to entry of judgment is September 10 2008.

**7.0** I Fred Whitaker declare under the penalty of perjury that the above mentioned statements are true and correct as executed    8/19/08 Fred Whitaker

## LEGAL ARGUMENTS

**LEGAL ARGUMENT#1: THIS COURT'S FIXED OPINION THAT I SEEK A DCLARATION THAT CCP 391 IS UNCONSTITUTIONAL THEREBY BEING INEXTRICCABLY INTERWINED WITH STATE PROCEEDINGS THAT I SOUGHT TO CHALLENGE ACTION OF FINDING ME A VEXATIOUS LITIGANT AND REQUIRING SECURITY BONDING IS BIAS AND HAS DENIED ME MY 1ST AMENDMENT, DUIE PROCESS AND EQUAL PROTECTION RIGHTS.**

**8.0** This court made it's ruling on July 22nd, 2008 to dismiss my complaint under federal rules 12(b) was done without any consideration of my opposition papers. I filed my opposition papers on July 25th, 2008. Therefore this court's assertion that it reviewed my first amended complaint and my motion papers etc is not supported by court record.

**9.0** After I filed My Motion for a New Trial etc Defendant filed opposition papers I filed opposition papers on September 11th 2008 to defendant's reply to my motion. <u>This Court again made a final decision without consideration of all my</u>

<u>papers before the court. The Court on September 8th 2008 made a decision to enter a judgment under Cal Rules of Court 59 and 60.</u>

10.0 **Federal Rules of Court 52 Finding and Conclusions By Court :** States in General on facts without a jury the court must find the facts specially and state its conclusions of law separately. The finding and conclusions must be stated on the record after the close of evidence or may appear in an opinion or a memorandum of decision filed by the court.

11.0 The Court First Error which I raised was that a Trial did occur in that an issue was raised was that I sought a judicial determination that the vexatious litigant statute was unconstitutional and that I sought an order to require Superior Court permit me to appear.

12.0 **THIS COURT'S FIXATION ON IT'S BELIEF THAT CCP 391 IS CONSTITUTIONAL HAS BLINDED IT TO WHAT I WAS SEEKING:** My original and amended complaint sought a judicial determination of my constitutional rights: I clearly indicated that **Four Controversies existed: CCP 391** mandated Four different judicial procedures and **Defendants** engaged in four different procedures.

13.0 The principle of **Nexus** is that a litigant's status and the claim being adjudicated assures a personal stake in the outcome, essential to constitutional Case or controversy **See Flast V Cohen 1968 392 US 83, 102-103,88 S.Ct. 1942;** The issue being challenged as exceeding some specific constitutional limitation on such powers

14.0 **THE NEXUS I RAISED IS CLEAR THAT CCP 391(B)(1) :[1]** The law mandates that Court/defendant has burden of proof to establish 5 adverse ruling within proceedings seven years on the court record. . I raised challenge that Court made no factual determination on the court record of 5 adverse ruling in proceedings seven years by relying on 1991/1992 Vexatious Litigant List for year 2008 <u>**Therefore Court exceed it's legal authority by relying on a vexatious litigant list from 1991/1992 that determined I was a vexatious litigant and not from any determination in 2008.** [2] The law mandated a hearing on the merits of the litigation brought before the court. I raised issue that **Defendants'**</u>

<u>failed to have a hearing on the merits of my litigation presently before the court.</u> **Therefore Court exceeded it's legal authority. [3]** <u>The law mandated that the standard for reasonable probability is that each cause of action is foreclosed as a matter of law. I raised issue that</u> **Defendants** <u>failed to make a determination that each of my causes of actions before the court is foreclosed as a matter of law.</u> **Therefore Court exceeded it's legal authority. [4]** <u>The law mandates that all in forma pauperis litigants have a right to waiver of both court costs and security bonding fees. I raised issue that</u> **Defendants** <u>only allowed in forma pauperis a right to waiver of court costs only and not security bonding costs also.</u> **Therefore Defendants exceeded their legal authority.** **THEREFORE VIOLATING MY 1ST AMENDMENT (ACCESS TO COURT); 5TH AMENDMENT RIGHT (DUE PROCESS) AND MY 14TH AMENDMENT RIGHTS (EQUAL PROTECTION RIGHTS.**

**15.0** This Court assertion that I was seeking an order to appear at Probate Hearing was not correct. In my original complaint paragraph **36** I stated Plaintiff desires a judicial determination of plaintiff's and defendants rights and duties under **CCP 391** of the question whether **[a]** The statute is constitutional as a matter of law and specific rights as to use of vexatious litigant list to determine **CCP 391(B)(1);** right to dismiss my legal complaint without a hearing on the merits that each cause of action is foreclosed as a matter of law ; my legal complaint cannot be taken without a hearing on the merits by each cause of action is foreclosed as a matter of law if I have not paid security bonding; **Defendants** have no right to deny all in forma pauperis litigants a right to waiver of both court costs and security bonding fees and all litigants have a right to contest reasonableness of security bonding amount being requested..

**16.0** In paragraph number **37** of my complaint I sought a determination whether **Defendants** activities as stated constituted a violation of my 1st, 5th and 14th amendment rights.

**17.0** In paragraph **38** I stated that I sought a determination whether the acts of **Defendants** as alleged are being applied to plaintiff are unconstitutional,invalid and or illegal discriminatory by being separate and unequal.

**18.0** This Court has to determine what rights have been granted specifically by stare decisis ruling applicable to **CCP 391** that are constitutional. This is the only manner by which the court can determine if the court acted outside it's legal jurisdiction.

**19.0** Under Declaratory relief being sought I have that right. I am not challenging any state court ruling. I am only seeking prospective relief as to my specific legal rights I am entitled to under **CCP 391** nothing more nothing less.

**20.0** Given that My Appeal Deadline is August 22, 2008 or October 8th 2008. I need a extension of time of 30 days such that My Objections to the Court order can be heard before this court.

**DATE: August 19th 2008**

*Fred Whitaker*

**MR. FRED WHITAKER**

## PROOF OF SERVICE
### CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] *NOTICE OF APPEAL (2) EX PARTY NOTICE AND MOTION FOR 30 DAY EXTENSION OF TIME AFTER THE SEPTEMBER 8TH, 2008 DEADLINE ETC*

__ **BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of **[1]** Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004

_____A true copy of the aforementioned document(s) was transmitted via facismile to the party listed.

_____by personal service. I personally delivered the document(s) cited above to the following address: _____

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: 8/19/08

*Mr. Race C. Jones*
Mr. Race C. Jones