Fred Whitaker
872 69th Avenue
Oakland, Ca. 94621

FILED
08 AUG 19 AM 11:11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fred Whitaker                     Case No. C-08-1618 PJH

Plaintiff                         Notice of Appeal

Vs

Judge David Ballati; Yolanda Northridge;
Frank Roesch; Carl Morris; George C.
Hernandez Jr. Superior Court of Alameda
County and Superior Court of San
Francisco County

Defendants

Plaintiff Appeals from The July 22nd Court Order Dismissing My Legal Complaint

and from This Court August 8th 2008 Order Denying Motion For relief From

Judgment by Judge Hamilton.

Date: August 15th 2008                    Fred Whitaker

                                          Fred Whitaker

## PROOF OF SERVICE
### CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] *NOTICE OF APPEAL (2) EX-PARTY NOTICE AND MOTION FOR 30 DAY EXTENSION OF TIME AFTER THE SEPTEMBER 8TH, 2008 DEADLINE ETC*

**BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of **[1]** Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004

_____A true copy of the aforementioned document(s) was transmitted via facismile to the party listed.

_____by personal service. I personally delivered the document(s) cited above to the following address:

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: 8/19/08

*Mr. Race C. Jones*

Mr. Race C. Jones