**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 19, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-1618 PJH**

**CASE TITLE: Whitaker v. Alameda County Superior Court**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator

cc: Counsel of Record

Fred Whitaker
872 69th Avenue
Oakland, Ca. 94621

FILED
08 AUG 19 AM 11: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fred Whitaker | Case No. C-08-1618 PMJ H |
| Plaintiff | Notice of Appeal |
| Vs | |
| Judge David Ballati; Yolanda Northridge; Frank Roesch; Carl Morris; George C. Hernandez Jr. Superior Court of Alameda County and Superior Court of San Francisco County | |
| Defendants | |

Plaintiff Appeals from The July 22nd Court Order Dismissing My Legal Complaint and from This Court August 8th 2008 Order Denying Motion For relief From Judgment by Judge Hamilton.

Date: August 15th 2008

*Fred Whitaker* (signature)

Fred Whitaker

## PROOF OF SERVICE
### CCP 1013(a) 2015 & 2003(3) & 2005(1)

**I RACE C. DECLARE:**

I am over the age of 18 years and not party to this action. My Residential address is 184 13th St. Apt.# 114, Oakland, Ca. 94612. On the date entered below I served the following document: [1] *NOTICE OF APPEAL (2) EX-PARTY NOTICE AND MOTION FOR 30 DAY EXTENSION OF TIME AFTER THE SEPTEMBER 8TH, 2008 DEADLINE ETC*

**BY MAIL CCP 1013 & 2015.5:**

I placed a true and correct copy of the above foregoing document(s) addressed to the following parties listed below on the attached service list, in a sealed envelope and placed the aforementioned document(s) with postage thereon fully prepaid to the address of [1] Tom Blake, Office of The Attorney General, Dept. Of Justice, 455 Golden Gate Avenue, Suite 11000, SF, Ca. 7004

_____A true copy of the aforementioned document(s) was transmitted via facismile to the party listed.

_____by personal service. I personally delivered the document(s) cited above to the following address: _____

I Race C. Jones declare under the penalty of perjury that the aforementioned statements are true and correct as executed in Oakland, California.

DATE: 8/19/08

Mr. Race C. Jones

ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01618-PJH
### Internal Use Only

Whitaker v. Alameda County Superior Court et al  
Assigned to: Hon. Phyllis J. Hamilton  
Demand: $0  
Cause: 28:1331 Fed. Question  

Date Filed: 03/26/2008  
Date Terminated: 07/22/2008  
Jury Demand: None  
Nature of Suit: 950 Constitutional - State Statute  
Jurisdiction: Federal Question  

**Plaintiff**

**Fred A. Whitaker**  represented by **Fred A. Whitaker**  
872 69th Ave  
Oakland, CA 94621  
(510) 569-1343  
PRO SE  

V.

**Defendant**

**Alameda County Superior Court**  represented by **Thomas A. Blake**  
State Attorney General's Office  
455 Golden Gate Avenue  
Suite 11000  
San Francisco , CA 94102-3664  
415-703-5506  
Fax: 415-703-5480  
Email: tom.blake@doj.ca.gov  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**San Francisco County Superior Court**  represented by **Thomas A. Blake**  
*City & County of San Francisco*  (See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Judge Roesch**  represented by **Thomas A. Blake**  
(See above for address)  
*ATTORNEY TO BE NOTICED*  

**Defendant**

**Judge Northridge**                            represented by **Thomas A. Blake**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Morris**                                represented by **Thomas A. Blake**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Ballati**                               represented by **Thomas A. Blake**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Hernandez**                             represented by **Thomas A. Blake**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2008 | 1 | CIVIL COMPLAINT for Declaratory Relief - [No Summons Issued] against Alameda County Superior Court, San Francisco County Superior Court, Judge Roesch, Judge Northridge, Judge Morris, Judge Ballati & Judge Hernandez, [Filing Fee: Ifpp Entered on 3/26/2008] Filed by Pro se Plaintiff Fred A. Whitaker. (tn, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/27/2008) |
| 03/26/2008 | 2 | ADR SCHEDULING ORDER: Joint Case Management Statement due 6/30/2008 & InitialCase Management Conference set for 7/7/2008 at 4:00 PM.. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 3/26/2008) (Additional attachment(s) added on 3/27/2008: # 2 Standing Order for All Judges) (tn, COURT STAFF). (Entered: 03/27/2008) |
| 03/26/2008 | 3 | APPLICATION for Leave to Proceed in Forma Pauperis Filed by Pro se Plaintiff Fred A. Whitaker. (tn, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/27/2008) |
| 03/26/2008 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 03/27/2008) |
| 04/04/2008 | 4 | ORDER re: In Forma Pauperis Application Signed by Mag. Judge Bernard Zimmerman on 4/4/2008: Plaintiff is Ordered to complete the attached Application and file it by 4/30/2008. (tn, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/11/2008 | 5 | APPLICATION for Leave to Proceed in Forma Pauperis Filed by Pro se PlaintiffFred A. Whitaker. (tn, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/14/2008) |
| 04/22/2008 | 6 | ORDER TO SHOW CAUSE Show Cause Response due by 5/15/2008.. Signed by Magistrate Judge Bernard Zimmerman on 4/22/2008. (bzsec, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/22/2008 | 7 | ORDER Signed by Mag. Judge Bernard Zimmerman on 4/24/2008 GRANTING re 5 & 3 Plaintiff's Application for Leave to Proceed in Forma Pauperis & for Issuance of |

| | | |
|---|---|---|
| | | Summons Upon Defendants. (tn, COURT STAFF) (Filed on 4/22/2008) (Entered: 05/12/2008) |
| 04/30/2008 | 8 | OPPOSITION to re 6 Court's Order to Show Cause Filed by Pro se PlaintiffFred A. Whitaker. (Related document(s) 6 ). (tn, COURT STAFF) (Filed on 4/30/2008) (Entered: 05/01/2008) |
| 05/02/2008 | 9 | ORDER DEFERRING DETERMINATION OF ORDER TO SHOW CAUSE. Signed by Magistrate Judge Bernard Zimmerman on 5/2/2008. (bzsec, COURT STAFF) (Filed on 5/2/2008) (Entered: 05/02/2008) |
| 05/02/2008 | 10 | CLERK'S NOTICE: Proof of service on pro se plaintiff of Order Deferrring Determination of Order To Show Cause. (bzsec, COURT STAFF) (Filed on 5/2/2008) (Entered: 05/02/2008) |
| 05/12/2008 | 11 | SUMMONS Issued as to Defendants Judge Roesch, Judge Northridge, Judge Morris, Judge Ballati & Judge Hernandez. (tn, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 06/06/2008 | 12 | SUMMONS Returned Executed Upon Defendant Judge Ballati Served Personally to Alisa Hollander, Secretary to the Presiding Judge on 5/28/2008. (tn, COURT STAFF) (Filed on 6/6/2008) (Entered: 06/08/2008) |
| 06/09/2008 | 13 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on 6/9/2008) (Additional attachment(s) added on 6/9/2008: # 1 Consent/Decline Forms) (ls, COURT STAFF). (Additional attachment(s) added on 6/9/2008: # 2 Certificate of Service) (ls, COURT STAFF). (Entered: 06/09/2008) |
| 06/13/2008 | 14 | SUMMONS Returned Executed Upon Defendant Judge Northridge Served Personally to Christina Martinez on 6/3/2008. (tn, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/16/2008) |
| 06/13/2008 | 15 | SUMMONS Returned Unexecuted Upon The Board of Supervisors, County of Alameda. (tn, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/16/2008) |
| 06/13/2008 | 16 | SUMMONS Returned Unexecuted Upon The Administrative Office of the Court for the City & County of San Francisco. (tn, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/16/2008) |
| 06/17/2008 | 17 | CONSENT to Proceed Before a US Magistrate Judge by Fred A. Whitaker. (ls, COURT STAFF) (Filed on 6/17/2008) (Entered: 06/17/2008) |
| 06/18/2008 | 18 | NOTICE by San Francisco County Superior Court *Notice Of Hearing; Motion To Dismiss Complaint {Rule 12(B) F.R.C.P.]; Memorandum Of Points And Authorities In Support; Request For Judicial Notice* (Attachments: # 1 Exhibit Exhibits A - B, # 2 Exhibit Exhibits C - J)(Blake, Thomas) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 19 | MOTION to Reassign Case *Request For Reassignment To A United States District Judge* filed by San Francisco County Superior Court. (Blake, Thomas) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/19/2008 | 20 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (sv, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 21 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for |

| | | |
|---|---|---|
| | | all further proceedings. Magistrate Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 6/19/08. (ha, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | | (Court only) ***Motions terminated: 19 MOTION to Reassign Case *Request For Reassignment To A United States District Judge* filed by San Francisco County Superior Court. (far, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/20/2008) |
| 06/19/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/20/2008) |
| 06/25/2008 | 22 | NOTICE OF HEARING; MOTION FOR PRE-FILING REVIEW; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Roesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. Motion Hearing set for 7/30/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Blake, Thomas) (Filed on 6/25/2008) Modified on 6/26/2008 (far, COURT STAFF). (Entered: 06/25/2008) |
| 06/25/2008 | 23 | EXHIBITS A-B re 22 NOTICE OF HEARING; MOTION FOR PRE-FILING REVIEW; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Roesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. (Related document(s) 22 ) (Blake, Thomas) (Filed on 6/25/2008) Modified on 6/26/2008 (far, COURT STAFF). (Entered: 06/25/2008) |
| 06/25/2008 | 24 | EXHIBITS C-J re 22 NOTICE OF HEARING; MOTION FOR PRE-FILING REVIEW; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed byRoesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. (Related document(s) 22 ) (Blake, Thomas) (Filed on 6/25/2008) Modified on 6/26/2008 (far, COURT STAFF). (Entered: 06/25/2008) |
| 06/25/2008 | 25 | PROOF OF SERVICE re 22 NOTICE OF HEARING; MOTION FOR PRE-FILING REVIEW; REQUEST FOR JUDICIAL NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Roesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. (Blake, Thomas) (Filed on 6/25/2008) Modified on 6/26/2008 (far, COURT STAFF). (Entered: 06/25/2008) |
| 06/25/2008 | 26 | NOTICE OF HEARING; MOTION TO DISMISS COMPLAINT [RULE 12(B) F.R.C.P.]; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; REQUEST FOR JUDICIAL NOTICE filed by Roesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. Motion Hearing set for 7/30/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Exhibit EXHIBITS A-B, # 2 Exhibit EXHIBITS C-J, # 3 DECLARATION OF SERVICE BY U.S. MAIL)(Blake, Thomas) (Filed on 6/25/2008) Modified on 6/26/2008 (far, COURT STAFF). (Entered: 06/25/2008) |
| 06/27/2008 | 27 | SUMMONS Returned Executed as to Judge Roesch served on 6/3/2008, answer due 6/23/2008. (far, COURT STAFF) (Filed on 6/27/2008) (Entered: 07/02/2008) |
| 06/30/2008 | 28 | SUMMONS Returned Executed as to Judge Hernandez served on 6/13/2008, answer due |

| | | |
|---|---|---|
| | | 7/3/2008. (far, COURT STAFF) (Filed on 6/30/2008) (Entered: 07/02/2008) |
| 06/30/2008 | 29 | SUMMONS Returned Executed as to Judge Morris served on 6/19/2008, answer due 7/9/2008. (far, COURT STAFF) (Filed on 6/30/2008) (Entered: 07/02/2008) |
| 07/17/2008 | 30 | EX PARTE MOTION TO CONTINUE re 26 NOTICE OF HEARING; MOTION TO DISMISS COMPLAINT [RULE 12(B) F.R.C.P.] filed by Fred A. Whitaker. Motion Hearing set for 7/30/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/21/2008) |
| 07/17/2008 | 31 | (Court only) **ERRONEOUSLY E-FILED, WRONG CASE, DISREGARD** Fourth Opposition; MOTION to grant income process filed by Fred A. Whitaker. (far, COURT STAFF) (Filed on 7/17/2008) Modified on 7/21/2008 (far, COURT STAFF). (Entered: 07/21/2008) |
| 07/17/2008 | | (Court only) ***Motions terminated: 31 MOTION to grant income filed by Fred A. Whitaker. (far, COURT STAFF) (Filed on 7/17/2008) (Entered: 07/21/2008) |
| 07/22/2008 | 32 | ORDER by Judge Hamilton granting 26 Motion to Dismiss; denying 30 Ex Parte Application (pjhlc1, COURT STAFF) (Filed on 7/22/2008) (Additional attachment(s) added on 7/22/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 07/22/2008) |
| 07/22/2008 | 33 | ORDER by Judge Hamilton granting 22 Motion for Prefiling Order (pjhlc1, COURT STAFF) (Filed on 7/22/2008) (Additional attachment(s) added on 7/22/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 07/22/2008) |
| 07/22/2008 | 34 | JUDGMENT. Signed by Judge Hamilton on 7/22/2008. (pjhlc1, COURT STAFF) (Filed on 7/22/2008) (Additional attachment(s) added on 7/22/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 07/22/2008) |
| 07/22/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/23/2008) |
| 07/25/2008 | 36 | Received Document: Amended Complaint by Fred A. Whitaker. (ga, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 37 | NOTICE and MOTION for New Trial and MOTION to Set Aside Court Order filed by Fred A. Whitaker. Motion Hearing set for 9/10/2008 09:00 AM. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 38 | Opposition to 26 Motion to Dismiss filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 39 | FIRST DECLARATION of Fred A. Whitaker in Opposition to 26 Motion to Dismiss filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 40 | SECOND DECLARATION of Fred A. Whitaker in Opposition to 26 Motion to Dismiss filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 41 | OPPOSITION to 22 Motion for Prefiling Order filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| | | |

| 07/25/2008 | 42 | OPPOSITION to 26 Motion to Dismiss Under Rule 12(B) FRCP and Memorandum of Points and Authorities filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| --- | --- | --- |
| 07/25/2008 | 43 | CERTIFICATE OF SERVICE by Fred A. Whitaker re 41 Memorandum in Opposition, 37 MOTION to Set Aside, 36 Received Document, 40 Declaration in Opposition, 39 Declaration in Opposition, 42 Memorandum in Opposition, 38 Memorandum in Opposition (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/25/2008 | 44 | AMENDED CERTIFICATE OF SERVICE by Fred A. Whitaker re 41 Memorandum in Opposition, 37 MOTION to Set Aside, 36 Received Document, 40 Declaration in Opposition, 39 Declaration in Opposition, 42 Memorandum in Opposition, 38 Memorandum in Opposition (far, COURT STAFF) (Filed on 7/25/2008) (Entered: 08/04/2008) |
| 07/31/2008 | 35 | OPPOSITION to 37 Motion to Set Aside Judgment and Order of Dismissal; Memorandum of Points and Authorities filed by Roesch, Northridge, Alameda County Superior Court, Morris, Ballati, Hernandez, San Francisco County Superior Court. (Blake, Thomas) (Filed on 7/31/2008) Modified on 8/4/2008 (far, COURT STAFF). (Entered: 07/31/2008) |
| 08/08/2008 | 45 | ORDER by Judge Hamilton denying 37 Motion for Reconsideration (pjhlc1, COURT STAFF) (Filed on 8/8/2008) (Additional attachment(s) added on 8/11/2008: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 08/08/2008) |
| 08/11/2008 | 46 | REPLY to 35 Opposition filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/12/2008) |
| 08/11/2008 | 47 | DECLARATION of Fred Whitaker in Support of 46 Reply to Opposition filed byFred A. Whitaker. (Related document(s) 46 ) (far, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/12/2008) |
| 08/18/2008 | 48 | Opposition to 45 Judges' Order Denying Motion for Relief from Judgment filed byFred A. Whitaker. (far, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/19/2008) |
| 08/19/2008 | 49 | EX PARTE NOTICE AND MOTION for 30 Day Extension of Time after the 9/8/08 Deadline to File Appeal Notice filed by Fred A. Whitaker. (far, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/19/2008) |
| 08/19/2008 | 50 | NOTICE OF APPEAL as to 33 Order on Motion for Hearing, 34 Judgment, 32 Order on Motion to Dismiss, Order on Ex Parte Application, 45 Order on Motion to Set Aside (Fee Status: IFP) by Fred A. Whitaker. (far, COURT STAFF) (Filed on 8/19/2008) (Entered: 08/19/2008) |