UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED A. WHITAKER,

    Plaintiff,

    v.

ALAMEDA SUPERIOR COURT, et al.,

    Defendants.
_____/

No. C 08-1618 PJH

**ORDER VACATING HEARING DATES**

    The court dismissed the above-entitled action and entered judgment on July 22, 2008. Plaintiff filed a motion for reconsideration, which was denied on August 8, 2008. Plaintiff filed a notice of appeal on August 19, 2008.

    The filing of a notice of appeal divests the district court of jurisdiction with respect to all matters involved in the appeal. Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam); Bermudez v. Duenas, 936 F.2d 1064, 1068 (9th Cir.1991).

    Any hearing dates set by plaintiff are VACATED. There will be no hearing on September 10, 2008. There will be no hearing on September 24, 2008.

**IT IS SO ORDERED.**

Dated: August 22, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRED A WHITAKER,

        Plaintiff,

  v.

ALAMEDA SUPERIOR COURT et al,

        Defendants.

Case Number: CV08-01618 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred A. Whitaker
872 69th Ave
Oakland, CA 94621

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk